JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELIJAH KELLEY,

Plaintiff,

v.

YOU MARRIED DAT, LLC et al.,

Defendants.

Case No. 2:26-cv-08222-SB-AS

FINAL JUDGMENT

For the reasons stated in the separate order of entered this date, it is ordered that Plaintiff Elijah Kelley's claims against Defendants are dismissed without prejudice for lack of prosecution.

This is a final judgment.

Date: November 16, 2026

Stanley Blumenfeld, Jr.
United States District Judge